THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN R. SHEA, Appellant.

(Argued June 5, 1931; decided July 15, 1931.)

*Robert L. Callahan, Peter P. Smith* and *James J. McLoughlin* for appellant.

*James T. Hallinan, District Attorney (Mordecai Konowitz* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.